IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF WILLIAM J. BRODBECK, DECEASED.

ERNEST BRODBECK AND DOROTHY SMITH, PLAINTIFFS-APPELLANTS, v. ETHEL REESE, INDIVIDUALLY AND AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF WILLIAM J. BRODBECK, DECEASED, DEFENDANT-RESPONDENT.

Argued February 17, 1958—Decided March 17, 1958.

*Mr. Charles A. Cohen* argued the cause for appellants (*Mr. Thomas F. McGuire,* attorney).

*Mr. William S. Keown* argued the cause for respondent (*Mr. Walter S. Keown,* attorney).

PER CURIAM. The interrogatories should have been answered, and there was little justification for the extended failure to do so. Dismissal of the cause, however, was too drastic a penalty. Counsel's default is not to be condoned, but under the circumstances here presented it should not have deprived his clients of their day in court.

The judgment is reversed and the cause is remanded for further proceedings. No costs to either party.

*For reversal*—Chief Justice WEINTRAUB, and Justices HEHER, WACHENFELD, BURLING, JACOBS, FRANCIS and PROCTOR—7.

*For affirmance*—None.